# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOHN BEAN TECHNOLOGIES CORPORATION**　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　**4:14-CV-00368-BRW**

**MORRIS & ASSOCIATES, INC.**　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Based on the order entered today granting Defendant's Motions for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of September, 2019.

　　　　　　　　　　　　　　　　　　Billy Roy Wilson　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE